**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Michael G. O'Gradney and                         Case No. 12-35695
    Carol J. O'Gradney                               Chapter 13
     aka Carol J. Bulick                              Judge: Bruce W. Black

            Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C15-30691

**Ariane Holtschlag**
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602
(312)878-4830
Fax : 847-574-8233
Email: aholtschlag@wfactorlaw.com

_____/


### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

     NOW COMES Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificate holders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2004-4 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response disagreeing with the Trustee's Notice of Final Cure Payment that was filed on October 30, 2015:

1. The Debtors filed their bankruptcy petition on September 10, 2012.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on October 30, 2015.
3. The Debtor failed to make direct post petition payments when due. The loan is contractually due for August 1, 2015. See attached payment history. (Exhibit A) The amount to necessary to cure as of November 13, 2015 is $5,398.92.

4. Creditor disagrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date:  November 16, 2015                              /s/ Caleb J. Halberg
                                                     Potestivo & Associates, P.C.
                                                     Caleb J. Halberg (ARDC#6306089)
                                                     223 W. Jackson Blvd., Suite 610
                                                     Chicago, Illinois 60606
                                                     Telephone: (312) 263-0003
                                                     Main Fax: (312) 263-0002
                                                     Cook County Firm ID #: 43932
                                                     DuPage County Firm ID #: 223623
                                                     Attorneys for Ocwen Loan Servicing, LLC
                                                     Our File No. C15-30691

Case 12-35695    Doc 48    Filed 11/16/15    Entered 11/16/15 09:38:54    Desc Main
Document      Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Michael G. O'Gradney and                          Case No. 12-35695
    Carol J. O'Gradney                                Chapter 13
     aka Carol J. Bulick                                Judge: Bruce W. Black

                Debtors

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C15-30691

**Ariane Holtschlag**
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602
(312)878-4830
Fax : 847-574-8233
Email: aholtschlag@wfactorlaw.com
_____/


## AFFIDAVIT OF SERVICE

      I, Cathy Scanlan, state that on the 16th day of November 2015, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Michael G. & Carol J. O'Gradney | Ariane Holtschlag |
| 15114 West O'Connell Drive | 105 W. Madison, Suite 1500 |
| Homer Glen, IL 60491 | Chicago, IL 60602 |
| | |
| Office of the U.S. Trustee | Glenn B Stearns |
| 219 S Dearborn St, Room 873 | 801 Warrenville Road, Suite 650 |
| Chicago, IL 60604 | Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee, and the U.S. Trustee

                                                */s/ Cathy Scanlan*
                                                Cathy Scanlan